IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE HARRISON AND MARY HARRISON**, | : | No. 10-312 |
| *Plaintiffs*, | : | Judge Nealon |
| *vs.* | : | |
| **CABOT OIL AND GAS CORPORATION**, | : | [Electronically filed] |
| *Defendant*. | : | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIM AND ON THE COUNTERCLAIM

Defendant Cabot Oil & Gas Corporation ("Cabot") moves for summary judgment in its favor on Plaintiffs' claim against it and on its counterclaim against Plaintiffs.

Cabot is filing with this motion a statement of material facts not in dispute and a proposed form of order. Cabot will file a supporting brief within the time required by M.D. Pa. LR7.6.

**K&L GATES LLP**

s/ David R. Fine
David R. Fine (PA 66742)
david.fine@klgates.com
George A. Bibikos (PA 91249)
george.bibikos@klgates.com
17 North Second Street, 18th Floor
Harrisburg, PA 17101
(717) 231-4500
(717) 231-4501 (facsimile)
*Counsel for Defendant Cabot Oil & Gas Corporation*

September 16, 2011

## CERTIFICATE OF NON-CONCURRENCE

I certify that my co-counsel sought concurrence in this motion from Plaintiffs' counsel and that counsel declined to concur.

s/ David R. Fine

## **CERTIFICATE OF SERVICE**

I certify that, on September 16, 2011, I filed the attached document with the Court's ECF system such that it will be served automatically on the following:

>Stephen G. Bresset, Esq.
>606 Church Street
>Honesdale, PA 18431
>*Counsel for Plaintiffs*

s/ David R. Fine