### THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE HARRISON** and | : | |
| **MARY HARRISON** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **3:10-CV-312** |
| **v.** | : | **(JUDGE MARIANI)** |
| | : | |
| **CABOT OIL AND GAS CORPORATION** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, **THIS 14TH DAY OF AUGUST, 2012,** upon consideration of Defendant's

Motion for Summary Judgment (Doc. 41) and all accompanying briefs, **IT IS HEREBY**

**ORDERED THAT:**

1. Defendant's Motion for Summary Judgment on Plaintiff's claim of fraudulent

   inducement is **GRANTED**.

2. Defendant's Motion for Summary Judgment on Defendant's counterclaim for

   equitable extension of the lease is **DENIED**.

   a. The Court **GRANTS** summary judgment *sua sponte* in favor of Plaintiff on

      Defendant's counterclaim for equitable extension of the lease.

3. Judgment is **ENTERED** in favor of Defendant on Plaintiff's claim of fraudulent

   inducement and in favor of Plaintiff on Defendant's counterclaim for equitable

   extension of the lease.

**4.** The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

2