UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3613
_____

WAYNE HARRISON; MARY HARRISON

v.

CABOT OIL & GAS CORPORATION,
Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3-10-cv-00312)
District Judge: Hon. Robert D. Mariani
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
April 24, 2015

Before: JORDAN, SHWARTZ, and KRAUSE, Circuit Judges

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 14, 2012, be and the same is hereby AFFIRMED, in accordance with the opinion of this Court.  Costs shall be borne by Appellant.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: June 25, 2015